AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
## for the
## Middle District of Florida
## Orlando Division

BRIAN KEITH MCELROY
*Petitioner*

v.

CITY OF PAINESVILLE et.al
CITY OF MADISON TWP et.al
SHERIFF WAYNE IVEY et.al
LAKE CO. OHIO
*Respondent*
(name of warden or authorized person having custody of petitioner)

Case No. 6:22-cv-2325-ACC-DAB
*(Supplied by Clerk of Court)*

FILED 2022 DEC 14 PM 2:30 US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA ORLANDO, FL

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Brian Keith McElroy
   (b) Other names you have used:

2. Place of confinement:
   (a) Name of institution: Brevard County Jail Complex
   (b) Address: 860 Camp Rd, Cocoa, Florida 32927
   (c) Your identification number: #5003458

3. Are you currently being held on orders by:
   ☐ Federal authorities   ☒ State authorities   ☒ Other - explain:
   Lake County, Painesville Ohio Sheriffs Office B.C.S.O. sentences end on January 17th, 2023

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: Brevard County Jail In the Circuit Court of the Eighteenth Judicial Circuit
   (b) Docket number of criminal case: 05-2022-CF-046128-AXXX-XX
   (c) Date of sentencing: 11-17-2022
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*:

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☒ Pretrial detention
☐ Immigration detention
☒ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: Painesville Municipal Court 7 Richmond Street Painesville, Ohio 44077 Painesville Municipal & Lake County Common Pleas
   (b) Docket number, case number, or opinion number: 21CR000509 21CR000615 21CR001324 21CR000510 21CR000932 21CR001375
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): Challenging Extradition because of Unconstitutional Criminal Proceedings Civil Rights Violations, conspiracy to committ constitutional violations due process violations, Malicious Prosecution, ect.
   (d) Date of the decision or action: 2-02-2021   4-14-2021 x2   7-20-2021   10-21-2021 x2

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes    ☐ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: Ohio State Bar Association Certified Grievance Committee P.O. Box 16562 Columbus, Ohio 43216-6562
      (2) Date of filing: N-A
      (3) Docket number, case number, or opinion number: N-A
      (4) Result: _____
      (5) Date of result: _____
      (6) Issues raised: That Judge Paul R. Malchesky and Charles E. Coulson States Attorney allowed Deputy Zachary Ropos #5D. (L.C.S.O) and Ryan Shannon Patrol Officer knowingly and Deliberately committ Unlawful Arrest/Incarceration, and give false testimony for a Unlawful and Unconstitutional Criminal Proceeding, when the cases should have been closed at my Preliminary Hearing in Open Court with the facts & evidence (All cases &/#'s show closed online)
   (b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☒ Yes    ☐ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: Office of Disciplinary Counsel 65 E. State Street Suite 1510 Columbus, OH 43215

    (2) Date of filing: N-A

    (3) Docket number, case number, or opinion number: N-A

    (4) Result: N-A

    (5) Date of result: N-A

    (6) Issues raised: That my Public Defender Ashlyn Carroll, Prosecuter Charles Coulson and Judge Paul Malchesky were denying me the right to a fair trial. My Discovery proves/ there is Judicial Corruption, when Zachary Ropos had conflicting Police Report from his testimony and then claimed his body cam wasn't working, and he had a partner with body cam and dash cam. (Never mentioned)

(b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes      ☒ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    (2) Date of filing: _____

    (3) Docket number, case number, or opinion number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes      ☒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

    ☐ Yes      ☒ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes        ☒ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes        ☒ No

If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes        ☒ No

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes     ☒ No
If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☒ Yes     ☐ No
If "Yes," provide:
(a) Kind of petition, motion, or application: Pro Se 14 Complaint of Civil Rights violations
(b) Name of the authority, agency, or court: United States District Court for the Northern District of Ohio Eastern Division
(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: These cases show online closed, and the unconstitutional Criminal Proceedings and false arrest, Dep Zachary Ropos lied while under oath and all the proof inside my discovery, all the facts and inconsistacies involved that prove my claim. NO DNA NO FINGERPRINTS Jennifer admitted on Recorded Jail Phone in April 2021 she threw the 18 grams on the floorboard and she claimed possession of the other contraband, and was convicted of it with a prison term, yet I still face charges & Extradition these charges should have been dropped at preliminary hearing

Page 6 of 9

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Due Process, Lack of Equal Protection of the law, deprived of life, liberty and property. Malicious Prosecution, Governmental Corruption (State and Federal Constitutional Rights)

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: Being denied the equal protection promised to me by Federal Law. Allowing Deputy Ropos to give false statement and or Testimony, his police report not matching his testimony and claiming his Body Cam stopped working 8 min. after contact Deprived my freedom and loss of personal property and money

(b) Did you present Ground One in all appeals that were available to you? for Bonds I should have never had to post.
☑ Yes  ☐ No

**GROUND TWO:** Unlawful Arrest / Incarceration - Unconstitutional Criminal Proceedings stemmed from false alligations intentionaly and deliberately made by Deputy Ropos, and Madison Twp police officer Ryan Shannon after watching video footage. NO DNA

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: NO FINGERPRINTS and 7 written & verbal statements from witnesses on my behalf. Petitioner is being unlawfully detained pursuant to charges that are based on false alligations by Deputy Ropos (LCSO) claimed he seen me throw 18 grams of Meth on floorboard I never touched & Jennifer admitted she did it, and Ropos claimed his Body Cam

(b) Did you present Ground Two in all appeals that were available to you? Stopped working 8 min. after contact. My Discovery will prove all my claims.
☑ Yes  ☐ No

**GROUND THREE:** Illegal Search and Siezure - NO Reasonable Cause, therefor it was unreasonable.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: Driver was completly legal (Proof of Drivers lisence, Insurance, and Registration) Ropos claimed he pulled us over because he couldnt see the Temp tag in the rear drivers side window. It was there & Also we was on Private Property, Cambridge Condos on Mentor Ave in Painesville Ohio 44077

(b) Did you present Ground Three in all appeals that were available to you?
☑ Yes  ☐ No

**GROUND FOUR:** Failure to intervene in the Constitutional Rights Violations, Conspiracy to committ Violations of Constitutional Rights ~~Rights~~ of the Petitioner.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Judge Malchesky, Charles E. Coulson - States Attorney, and my own Public Defender Ashlyn Carroll tried to convict me still after all the proof of my innocence and still tried to convict me, and get me to except a 5 year plea deal. Even after I brought all the facts up to open court, and my P.D. Ashlyn Carroll. Only to be told cops & Law Enforcement are protected from crimes like perjury for lying on citizens while under oath is a crime.

(b) Did you present Ground Four in all appeals that were available to you?
■ Yes   ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: I would humbly ask this Honorable Court to Order my Discovery from Lake County Public Defenders Office Ashlyn Carroll 125 East Erie St. Painesville, OH 44077

### Request for Relief

15. State exactly what you want the court to do: I want the Internal Affairs to Investigate the Corruption involved in my cases, and the crime of Perjury intentionally committed by Deputy Ropos, and the conspiracy to committ Constitutional Violations, and/or several civil rights violations I ask for relief of all charges involved with the following case #s I listed on page 3 of 9. I would ask that the Lake County Painesville Municipal Court and Mentor Municipal Court have to give me back my $10,666 in Bond Money. Also I would ask for punitive damages for the time spent incarcerated under these Civil Rights Violations, in the amount of $300.00 for each day spent in custody and awaiting Extradition! (This time is still adding up as of today) I would also ask this Honorable court to release any property found or placed into evidence that should have never been siezed or taken into custody by the L.C.S.O, Madison Twp Police Dept., Mentor Police Department, Eastlake Police Department and Willoughby Police Department. Such as any cash and vehicles, and all my personal property. Also I ask that all my Discovery be recovered by a Higher Court before anymore evidence is tampered with, changed, altered or disappears.

Page 8 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: _____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: December 5th, 2022                         _Brian K. McElroy_____
                                                          Signature of Petitioner

                                                          _____
                                                          Signature of Attorney or other authorized person, if any